In the Matter of JENNIE GRODMAN et al., Appellants, *v.* WILLIAM E. WALSH et al., Constituting the BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, Respondents.

DALESON REALTY CORPORATION, Respondent.

(Submitted September 30, 1929; decided October 15, 1929.)

*Alfred A. Walter* and *Murray Riskin* for appellants.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly* and *Willard S. Allen* for Board of Standards and Appeals, respondents.

*Nathan D. Shapiro* and *Matthew F. Fagan* for Daleson Realty Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.